No. 366.   KANSAS FARMERS UNION ROYALTY CO. ET AL. *v.* SHAFFER, EXECUTOR, ET AL.   Argued February 2, 1938.   Decided March 7, 1938.   *Per Curiam:* As it appears, after hearing argument, that there is no properly presented federal question, the motion of the appellants to reinstate the case for further consideration is denied and the appeal is dismissed.   *Clarke* v. *McDade,* 165 U. S. 168, 172; *Chesapeake & Ohio Ry. Co.* v. *McDonald,* 214 U. S. 191, 193; *Hiawassee Power Co.* v. *Carolina-Tenn. Co.,* 252 U. S. 341, 343; *Witzelberg* v. *Cincinnati,* 302 U. S. 635.   *Mr. L. E. Clevenger,* with whom *Messrs. B. I. Litowich* and *S. H. King* were on the brief, for appellants.   *Mr. D. M. McCarthy, Kathryn O'Loughlin McCarthy,* and *Mr. Oscar Ostrum* were on the brief for appellees.

No. 427.   SZOLD *v.* OUTLET EMBROIDERY SUPPLY CO.   Argued February 28, 1938.   Decided March 7, 1938.   *Per Curiam:* As it appears, after hearing argument, that no substantial federal question is involved, the appeal is dismissed.   (1) *Dent* v. *West Virginia,* 129 U. S. 114, 122, 123; *Watson* v. *Maryland,* 218 U. S. 173, 176, 177; *Semler* v. *Dental Examiners,* 294 U. S. 608, 611, 612; (2) *Second Employers' Liability Cases,* 223 U. S. 1, 52; *New York Central R. Co.* v. *White,* 243 U. S. 188, 207; (3) *Liebermann* v. *Van De Carr,* 199 U. S. 552, 562; *Douglas* v. *Noble,* 261 U. S. 165, 168, 169; *Highland Farms Dairy* v. *Agnew,* 300 U. S. 608, 612.   *Messrs. Eugene L. Garey* and *Earl J. Garey* submitted the cause on brief for appellant.   *Mr. Henry Epstein,* Solicitor General, with whom *Mr. John J. Bennett, Jr.,* Attorney General, of New York, was on the brief, for appellee.